*see ad*

②
5/8/01
*nby*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY P. CLARKE,                    :    CIVIL NO. **1:CV-01-0738**
                                      :
              Petitioner              :    (Judge Caldwell)
        v.                            :
                                      :    (Magistrate Judge Smyser)
IMMIGRATION AND NATURALIZATION        :
SERVICE,                              :
                                      :
              Respondents             :

ORDER

**FILED**
HARRISBURG, PA

MAY 0 7 2001

MARY E. D'ANDREA, CLERK
PER_____
         DEPUTY CLERK

**IT IS ORDERED** that:

1.   Petitioner's request to proceed in forma pauperis is GRANTED;

2.   Respondents shall show cause on or before **May 28, 2001** why the petitioner should not be granted habeas corpus relief;

3.   A determination as to whether or not the petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response;

4.   Petitioner shall, if he so desires, file a reply to the response to the show cause order within ten (10) days of its filing; and

5.   The Clerk is directed to serve a copy of the petition and this Order on the United States Attorney and to note the address of the United States Attorney on the front of the docket

AO 72A
(Rev.8/82)

sheet in this case.  All documents filed by the parties and by the

Court shall be served upon the United States Attorney.

_____
J. Andrew Smyser
Magistrate Judge


Dated:  May 7, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 7, 2001

Re:   1:01-cv-00738    Clarke v. Immigration & Natur

True and correct copies of the attached wer
to the following:

Gregory P. Clarke
CTY-PIKE
A 401-62-479
HC 8, Box 8601
Hawley, PA  18428-8610

cc:
Judge                        (  )
Magistrate Judge             (  )
U.S. Marshal                 (  )
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  )  with N/C attached
                                   U.S. Marshal (  )
Standard Order 93-5          (  )
Order to Show Cause          (  )  with Petition att
                                   to:  US Atty Gen
                                        DA of County
Bankruptcy Court             (  )
Other_____     (  )

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | 5-7-01 |
| Total Postage & Fees | $ | |

David Barasch, U.S. Attorney
P.O. Box 11754
Harrisburg, Pa. 17108

See Reverse for Instruc

(Domestic Mail Only; No Insurance Coverage Provided)

Article Sent To:

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Name (Please Print Clearly) (to be completed by mailer)
Immigration & Naturalization
Carrownill Street
Philadelphia, Pa. 19130

See Reverse for Ins

PS Form 3800, July 1999

MARY E. D'ANDREA, Clerk

DATE: _____5-7-01_____          BY: _____
                                         Deputy Clerk