Honorable Judge Caldwell
United States District Court
Middle District of Pennsylvania

May 9, 2001

1:01 CV-738

Honorable Judge Caldwell,

    Good day to you and the court. I am writing to respectfully ask the Court to grant me the opportunity to be appointed counsel, I feel that the legal parameters and jargon are to wide for me to able to argue this case in a intelligent and cohesive manner, that will ensure that I can qualify to meet the challenge of facing the Immigration & Naturalization Service (INS) and their highly talented attorneys. Petitioner contends that he would be at a disadvantage to compete with such an array of hired guns.

    As for now, I wish to thank you the Honorable Court and Judge for your Patience and Attentiveness in the INS matter at hand.

Respectfully Submitted

Gregory P. Clarke
Pike County Jail
HC 8 Box 8601
Hawley, PA 18428

Gregory P. Clarke
Pike County Jail
HC 8   Box 8601
Hawley, PA 18428

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG OFFICE

May 15, 2001

MARY E. D'ANDREA, CLERK

Dear Counselor:

We have received the following documents  letter dated May 9- Req. for Apptmt C
via (UPS, Fed Ex, US Mail, Other) on   May 14, 2001.

HOWEVER:

_____You neglected to provide the correct number of copies. Please forward _____more
       copy(s) as soon as possible and **indicate when the original was filed.**
       (Local Rule 5.2 requires that an ORIGINAL PLUS TWO COPIES of all pleadings are
       to be filed with the Clerk's Office.

_____Your requested items were not returned because a self-addressed stamped envelope
       was NOT provided for the return of the extra copy(s). Please do so in the future.

__x__ The proper information (i.e. case number, Judicial Officer, caption,) was missing
       Form the documents you filed.  No case number was included to which w
                                      could apply the motion.

_____The case number listed on these documents is not a case in the Middle District of
       Pennsylvania.

_____Our records show that you are not admitted to practice in the Middle District of
       Pennsylvania. Please complete the enclosed special admission form and return it to
       Our office for approval.

_____You neglected to provide us with the $25.00 special admission fee. Please forward
       it as soon as possible.

_____The Local Rules for the Middle District of Pennsylvania will be forwarded to you, upon
       Receipt of a $3.20 postage paid self-addressed envelope.

_____Enclosed is your check. We are unable to process it because you neglected to provide
       the case number, violation number and/or reason for payment. Please return the check
       with the proper information, so that it may be processed accordingly.

_____Other:_____.

                                                              J. Sayers
                                                              Deputy Clerk