**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Gregory Patson O'Neal Clarke
    Petitioner

V.

Imm. And Nat. Service.
    Respondent

FILED
HARRISBURG
MAY 16 2001
MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

1:CV-01-738

### PETITIONER'S MOTION FOR A STAY FROM THE DEPORTATION ORDER

    Now comes the Petitioner in the above-en-titled action, and move this Honorable Court pursuant 28 U.S.C. section 2241, and ask this court to place a <u>STAY TO THE REMOVAL</u> on my Deportation processing that is lodge against me.

    I only ask that the Honorable Court would allow the Motion For a Stay of Removal to go along with the Petition which I filed in this court at this time, and hope that the court would grant me this stay of removal while my case is pending.

    Thank you for your time and consideration in this matter at hand.

Respectfully Submitted,

*/s/ Gregory Clarke*
Gregory P. Clarke
Pike County Jail
HC 8 Box 8601
Hawley, PA 18428