ORIGINAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
MAY 3 1 2001
MARY E. D'ANDREA, CLERK
Per _____

|  |  |  |
|---|---|---|
| GREGORY P. CLARKE,<br>Petitioner | : | No. 1:CV-01-0738 |
|  | : |  |
| v. | : | (Judge Caldwell) |
|  | : |  |
| IMMIGRATION & NATURALIZATION | : | (Mag. Judge Smyser) |
| SERVICE,<br>Respondent | : |  |

### EXHIBITES IN SUPPORT OF PETITIONER'S BRIEF TO WHY THE HIS PETITION OF HABEAS CORPUE SHOULD NOT BE DENIAL AT THIS TIME

GREGORY P. CLARKE
Pose Petitioner
Pike County Jail
HC 8 Box 8601
Hawley, PA 18428

Dated: May 28, 2001

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
Boston, Massachusetts

File No.:   A 40 162 479                    December 17, 1999

In the Matter of              )
                              )
GREGORY P. CLARKE             )  IN REMOVAL PROCEEDINGS
                              )
              Respondent      )

CHARGE:    Section 237(a)(2)(A)(iii) of the Immigration and
           Nationality Act - convicted of aggravated felony

APPLICATIONS:  Continuance

ON BEHALF OF RESPONDENT:          ON BEHALF OF SERVICE:

Desmond P. Fitzgerald, Esquire    Helen Moore, Esquire
236 Commercial Street             Ass't. District Counsel
Boston, Massachusetts  02109      JFK Federal Bldg., Rm. 425
                                  Government Center
                                  Boston, Massachusetts  02203

### ORAL DECISION OF THE IMMIGRATION JUDGE

The respondent in this case is a 27 year old, single, native and citizen of Barbados.  Removal proceedings were instituted against him when the Immigration and Naturalization Service issued a Notice to Appear on November 4, 1999, charging him with being removable from the United States on the basis of the charge set forth above.  (Exhibit 1).

The respondent, through counsel, admitted factual allegations one through three in the Notice to Appear, denied factual allegation four, denied the charge of removability and

1

Exh. 2.1

designated Barbados as the country for removal purposes, if necessary. (Exhibit 2).

The evidence presented establishes that the respondent was convicted, pursuant to a plea of guilty, on January 5, 1998, of larceny. As a result of this conviction the respondent was sentenced to a term of imprisonment of 18 months. (Exhibit 3).

I find that the respondent has been convicted of a crime of theft and that he has been sentenced to one year or more. Accordingly, he is deemed to have been convicted of an aggravated felony. There is no relief available to the respondent in such case and for that reason the following order will be entered:

<u>ORDER</u>

IT IS HEREBY ORDERED that the respondent be removed from the United States to Barbados on the basis of the charge contained in the Notice to Appear.

LEONARD I. SHAPIRO,
Immigration Judge

A 40 162 479                    2                    December 17, 1999

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia  22041

---

File:   A40 162 479 - Boston                    Date:

In re:  GREGORY P. CLARKE                       APR 1 9 2000

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:  Desmond Patrick FitzGerald, Esquire

ORDER:

    PER CURIAM.  This Board has been advised that the instant appeal has been withdrawn.
8 C.F.R. § 3.4.  Since there is nothing now pending before the Board,

    IT IS ORDERED that the record be returned to the Immigration Court without further action.

FOR THE BOARD

TOTAL P.02

Exh. 2

# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### UNITED STATES IMMIGRATION COURT
### BOSTON, MASSACHUSETTS

File: -  A40 162 479

In the Matter of                              )
                                              )
Gregory P. CLARKE,                            )        IN REMOVAL
                                              )        PROCEEDINGS
Respondent                                    )


CHARGE:     Section 237(a)(2)(A)(iii)of the Immigration and Nationality Act ("the Act")
            [8 U.S.C. § 1227(a)(2)(A)(iii)] - Convicted of an Aggravated Felony


APPLICATION:     Motion to Reopen


ON BEHALF OF RESPONDENT:               ON BEHALF OF SERVICE:
Pro se                                 Assistant District Counsel
                                       Trial Attorney Unit - INS
                                       JFK Federal Bldg., Rm. 425 .
                                       Boston, Massachusetts 02203


## DECISION OF THE IMMIGRATION JUDGE

On October 16, 2000, the respondent filed a motion to reopen in the above-referenced matter. The respondent asserts that he is eligible for relief under INA § 212(h) (2000) and that he did not raise this issue previously because he did not know about it.

As of the date of this decision, the Immigration and Naturalization Service ("the Service") has not filed a response to the respondent's motion to reopen. Therefore, the respondent's motion will be deemed unopposed. See Local Operating Procedure # 5.

I.     Procedural History

On November 4, 1999, the Service served the respondent with a Notice to Appear ("NTA") alleging that he is a native and citizen of Barbados who was admitted to the United States at New

EXH - 3

York, New York on or about December 21, 1986 as an immigrant. Ex. 1. It further alleges that on January 5, 1998, he was convicted in the Boston Municipal Court of larceny in violation of chapter 266 of the Massachusetts General Laws and that he was sentenced to a term of imprisonment of 18 months. Ex. 1. The Service charged the respondent with being removable because he has been convicted of an aggravated felony, namely, a theft offense for which the term of imprisonment is at least one year. Ex. 1.

Based on the evidence contained in the Record of Proceedings, the Court found that the respondent was convicted of larceny and sentenced to a term of imprisonment of 18 months. In addition, the Court found that he was convicted of a theft offense and that he was sentenced to a year or more. Accordingly, the Court concluded that the respondent was convicted of an aggravated felony and is not eligible for relief from removal. On December 17, 2000, the Court ordered him removed from the United States to Barbados. Thereafter, the respondent, through counsel, filed an appeal with the Board of Immigration Appeals. This appeal was withdrawn on April 19, 2000, at which time the order of removal became final.

II.    Discussion

A motion to reopen must be filed within 90 days of the date of entry of a final administrative order of removal. 8 C.F.R. § 3.23(b)(1) (2000). The motion must state the new facts that will be proven at the hearing to be held if the motion is granted and shall be supported by affidavits and other evidentiary materials. 8 C.F.R. § 3.23(b)(3). A motion to reopen for the purpose of providing the alien an opportunity to apply for any form of discretionary relief will not be granted if it appears that the alien's right to apply for such relief was fully explained to him or her by the Immigration Judge, and an opportunity to apply therefore was afforded at the hearing, unless the relief is sought on the basis of circumstances that have arisen subsequent to the hearing. Id.

The Court must deny the respondent's motion to reopen. First, the Court notes that the motion is untimely since it was not filed within 90 days of the date of entry of the final administrative order of removal. Second, even if the motion had been filed before the deadline, the Court may not reopen this case because the respondent has not alleged any facts that would render him eligible for relief.

The respondent requests relief based on hardship to his family under section 212(h) of the Act. Section 212(h) of the Act provides a waiver to certain aliens who are inadmissible. The issue of admissibility arises when an alien seeks admission to the United States or when he applies for adjustment of status to that of legal permanent resident. INA §§ 212, 245. Presently, the respondent is neither seeking admission, nor is he applying to adjust his status; in fact, when he entered the United States in 1986, he was admitted as a permanent resident. In any event, the respondent would not be eligible for a waiver under section 212(h) of the Act because this waiver is not available to a an alien who has previously been admitted to the United States as a lawful permanent resident and since that date of admission, was convicted of an aggravated felony. The Record of Proceedings clearly

establishes that the respondent was convicted of an aggravated felony, namely, a theft offense, and therefore, would be ineligible for a waiver under section 212(h).

Based on the foregoing, the following order shall enter:

ORDER: IT IS ORDERED that the Respondent's Motion to Reopen Removal proceedings be, and the same is hereby DENIED.

_10/27/00_
Date

LEONARD I. SHAPIRO
United States Immigration Judge

A40162479/MTR/10-26-00/bjw                    3

# POST ORDER CUSTODY REVIEW WORKSHEET FOR FILE REVIEW AND/OR INTERVIEW

**Detainee Name** Gregory CLARKE   **Date of Birth:** 08/15/72   **"A" Number:** 40 162 479

**AKAs:** none                          **BOP Number:** n/a

**Country of Birth:**   Barbados      **Citizenship:**   Barbados

**Date of Arrival:**      12/21/86    **Place of Arrival:**     New York, NY

**Manner of Arrival:**  Immigrant (P2-3)      **Last Date into INS Custody** 11/4/99

**Entered INS Custody from:**     ☐   **Local,** ☐ **State, or** ☐ **Federal**
                                   ☒   **Other**  arrested by Boston INS at court

**Location:**                        **Institution Number:**

**Immigration History:**  (Prior INS arrest[s]/parole/bond/custody information)

    Describe:
| | |
|---|---|
| 12/21/86 | Entered at New York, NY as an Immigrant (P23) |
| 11/4/99 | Arrested by agents in Boston in traffic court after it was discovered subject had several aggravated felony convictions. NTA, WA and I-286 issued. |
| 12/17/99 | Ordered removed to Barbados – reserved appeal |
| 4/19/00 | Appeal withdrawn |
| 10/27/00 | Motion to reopen IJ decision denied by IJ in Boston |

---

**Deportation Officer:** David O'Neill      **Date of Review:** 01/25/2001

**Location Detained:**  Pike County Jail

---

**Deportation/Exclusion/Removal Proceedings**

**List all Charges:**     ☒   Section 237 (a)(2)(A)(iii),
                          ☐   Section 212 (a)   ,     ,
                          ☐   Section 241    ,     ,

☒   Under <u>Final Order</u> dated 4/19/00 by ☐ IJ  ☒ BIA ☐ Other

☐   Appeal Waived/Appeal Time Elapsed

**Travel Document Status/History:**

Request for travel document made on May 29, 2000. Subject made calls to the Consulate of Barbados and requested that the issuance of the travel document be delayed because he was under review for release. Second present sent on August 29, 2000.  Follow-up calls on 9/29/00, 10/11/00 and 12/20/00. Consul is still waiting for word from Barbados.

Ex1 H

# The School Committee of the
# City of Boston

THIS IS TO CERTIFY THAT

## Gregory Clarke

*has honorably completed the regular course of instruction in the*

## JEREMIAH E. BURKE HIGH SCHOOL

*In testimony whereof this Diploma is awarded by authority of the*

*School Committee*                    *Boston June AD 1990*

HEAD MASTER

BOSTONIA
CONDITA A.
1630

PRESIDENT OF THE SCHOOL COMMITTEE

SUPERINTENDENT OF SCHOOLS

*Exh. 5*



Exh. 6



# The Commonwealth of Massachusetts

## Executive Office of Public Safety

## Parole Board

*27-43 Wormwood Street, Suite 300*
*Boston, Massachusetts 02210-1606*

*(617) 727-3271*

Sheila A. Hubbard
Chair

Natalie R. Hardy
Executive Director

To:  Registry of Motor Vehicles

RE:  GREGORY  CLARKE _____    8/15/72 _____
First      MI    Last                                        Date of Birth

45 SNELL STREET      APT #2      BROCKTON      MA      02401 _____
Street Address    Apt #/Bldg/Floor      City        State        Zip Code

The above named individual was paroled on  9/12/96 _____    from

MASS. BOOT CAMP – BRIDGEWATER COMPLEX _____  and was      supervised by

D. ANGELESCO _____  until  1/28/97 _____.
Parole Officer                         Transfer Date

He/She has our permission to apply for a motor vehicle operator's
license.  Further inquiries concerning his/her case should be directed to
his/her Parole Officer.

REMARKS:  Subject was supervised by PO Angelesco until his transfer on 1/28/97.

PO Angelesco provided subject a letter for RMV previously.  This letter is a

duplicate. _____

_____

Sincerely,

Parole Officer

Intensive Parole Supervision
1601 Blue Hill Avenue, #211
Mattapan, MA  02126
(617) 727-1154



# The Commonwealth of Massachusetts

## Executive Office of Public Safety

## Parole Board

27-43 Wormwood Street, Suite 300
Boston, Massachusetts 02210-1606

(617) 727-3271

**Sheila A. Hubbard**
Chair

**Natalie R. Hardy**
Executive Director

Region # 7 Office, 231 Main Street
Suite 202, 2nd floor
Brockton, Massachusetts
02301
Telephone No.  508-584-3728

February 15, 2000

RE: CLARK, Gregory

To Whom It May Concern,

    I am writing on behalf of Greg Clark. Greg was a client of parole in the past. Subject maintained employment throughout his parole.  Subject complied with conditions and stipulations.  For the time that I have supervised subject, I have gotten to know him, his likes and dislikes. Subject has a child in the Boston area, he is a caring father who pay weekly child support and is involved in her life on a weekly basis.  Subject is presently engaged to Debra Flounce, who has two daughters that subject is also involved in their upbringing.  Greg is a very quiet, shy, hardworking individual who is not a menace to society or the community he lives in.  Subject and his fiancee have had a couple of disappointments in the area of child bearing, but have not let that get in the way of his being a hard working person, a person who has maintained stability while under my supervision.

    It's not all the time that I write on behalf of parolees but I feel if granted to stay in the United States to prove himself to his fmaily and the American Justice society, Greg will not let you down.  Greg is a good hearted person.

    Hoping you give him a chance to prove that he was worthy to remain in the United States with his family who love and care about him deeply.

Respectfully,

Pactia A. Bradford
Massachusetts Parole Officer

PB/jo
c:file



# The Commonwealth of Massachusetts

## Executive Office of Public Safety

## Parole Board

Sheila A. Hubbard
**Chair**

Executive Director

27-43 Wormwood Street, Suite 300

Boston, Massachusetts 02210-1606

*(617) 727-3271*

Brockton Region #7 Parole Office
231 Main Street, Suite 202
Brockton, Mass. 02401
584-3728

Registrar of Motor Vehicles
Registry of Motor Vehicles
1135 Tremont Street
Boston, Massachusetts 02120

DATE: __3-14-97__

RE: __CLARK, Gregory__
          Name

__45 Snell Street__

__Brockton, MA__
       Address

__8-15-72__
DATE OF BIRTH

Dear Sir,

The above subject was paroled __9-12-96__ from __Suffolk H/C__
                             DATE             INSTITUTION

and will be supervised by __Pacita Bradford__ until __10-28-97__
                      PAROLE OFFICER          P.D.D.

He/She has our permission to apply for a Motor Vehicle operator's license. Further inquiries concerning his case should be directed to his Parole Officer.

REMARKS: *This PO has no problem with subject obtaining his license. License is needed so that subject may seen and maintain employment in order to be a productive citizen and maintain his family obligations.*

Very Truly yours,

*Pacita Bradford*

__Pacita Bradford__
Parole Officer

**97**

Office Number: 00006
Payment Status: COD
Home Phone: 508-427-5406

GREGORY P CLA

45 SNELL ST
BROCKTON, MA 0:

SSN:
TP: 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
Spouse:
DOB:
TP: 8/15/1972
Spouse:

Preparer Number/Name: 00600/JEAN PECKHAM
Preparation Date: 3/18/98
Source: Prior Tax Return
FED ELF Return Type:
FED ELF Firm Type:
ST ELF Return Type:
ST ELF Firm Type:
Receipt Number: 5341968          FP: 2Z

Return Preparation Fee: 58
Electronic Filing Fees:
State Elf Fees:
Other:
Gift Cert./Discount:
Sales Tax:
TOTAL FEES:                    58

=================================== FORM W-2 INFORMATION ===================================

| Source | T/S | Type | Wages | | | Taxes Withheld |
|--------|-----|------|-------|-------|-------|-------|
| | | | Federal | State | S.S. | Medi-care | Federal | S.S. | Medi-care | State |
| | | Gross | Gross | Gross | | | | | |
| WALMART ASS | T | R | 14356 MA | 14356 | 14356 | 14356 | 1511 | 890 | 208 MA | 683 |
| WALGREEN CO/ILL | T | R | 273 MA | 273 | 273 | 273 | 273 | 17 | 4 MA | 5 |
| | | | 14629 | 14629 | 14629 | 14629 | 1511 | 907 | 212 | 688 |

================================ ADDITIONAL INFORMATION ================================

State software version (MA): 3.98.000

Federal software version: 4.98.001

```
                              010197 18              OMB NO. 1545-1309
  1997   1040PC FORMAT U.S. INDIVIDUAL INCOME TAX RETURN   PAGE 01 OF 01

     !   GREGORY P<CLARKE                          .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   34
     !
     !
     !   45 SNELL STREET
     !   BROCKTON  MA  02401
     !
     !
     !
     !   PPECF N  SPECF    FS 1  6A-SELF X
     !   6D-TOTAL 01
```

```
      1040 PAGE 1          ! SSNP-------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  !
7----------------14629     ! PEIN--------43-1632899  !
22---------------14629     ! POCC-CLERK-----------   !
32---------------14629     !                         !
                           !                         !
                           !       ADD INFO          !
      1040 PAGE 2          ! PDI---------1000000000   !
33---------------14629     ! SEI-------------------   !
35----------------4150     ! SC--------------------09 !
36---------------10479     !                         !
37----------------2650     !                         !
38----------------7829     !                         !
39----------------1174     !                         !
46----------------1174     !                         !
53----------------1174     !                         !
54----------------1511     !                         !
60----------------1511     !                         !
61-----------------337     !                         !
62A----------------337     !                         !
PREP-JEAN PECKHAM-----     !                         !
FIRM-BOSTON 6---------     !                         !
ADD--275 HANCOCK STREE     !                         !
   -T----------------      !                         !
CSZ--QUINCY MA 02171-0     !                         !
   -000-------------       !                         !
```

```
TOTAL INCOME    LINE 22      14629   TOTAL TAX    LINE 53    1174
TOTAL PAYMENTS  LINE 60       1511   REFUND       LINE 62A    337
```

Under penalties of perjury, I declare that I have examined this return and
accompanying schedules and statements, and to the best of my knowledge and
belief, they are true, correct, and complete. Declaration of preparer
(other than taxpayer) is based on all information of which preparer has
any knowledge.

| | | | |
|---|---|---|---|
| Your Signature | Date | Spouse's Signature | Date |

| | | |
|---|---|---|
| | 03181998 | IRS USE ONLY _____ |
| Preparer's Signature | Date | PAGE 01 OF 01 |

For Paperwork Reduction Act Notice Statement, see Taxpayer Notice 974

**FOR FULL YEAR RESIDENTS ONLY**
For the year January 1–December 31, 1997 or other taxable
year beginning _____ ending _____

M71G0

## Form 1    Massachusetts Resident Income Tax Return                     1997

| FIRST NAME | MIDDLE INITIAL | LAST NAME | YOUR SOCIAL SECURITY NO. |
|---|---|---|---|
| GREGORY | P | CLARKE | 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 |

SPOUSE'S FIRST NAME    MIDDLE INITIAL    LAST NAME    SPOUSE'S SOCIAL SECURITY

| STREET ADDRESS | CITY/TOWN/POST OFFICE | STATE ZIP + 4 |
|---|---|---|
| 45 SNELL STREET | BROCKTON | MA 02401 |

C/O STREET ADDRESS    CITY/TOWN/POST OFFICE    STATE ZIP + 4

Mass. Election Campaign Fund:    Name/Address changed since 1996    $1 You    $1 Spouse, if filing jointly.    Total ▶ $

TAXPAYER DECEASED    SPOUSE DECEASED
Note: This contribution will not change your tax or reduce your refund.

**1. Filing Status:** (Select one only) **X**   Single     Married filing joint return     Married filing separate return. (Enter spouse's
       Head of household     (both must sign return)     Soc. Sec. no. in the appropriate space above.)

**2. Exemptions:**    Check if noncustodial parent    **X**   Check if using whole–dollar method

| | | | | |
|---|---|---|---|---|
| a. | Personal exemptions. If single or married filing separately, enter $2,630. If head of household, enter $4,065. If married filing jointly, enter $5,260 | | **a** | 2630.00 |
| b. | Number of dependents. (Do not include yourself or your spouse.) Enter number ▶   Enter dependents' Social Security numbers. | x $1,000 | **b** | |
| c. | Age 65 or over before 1998:   You +   Spouse = ▶   x $700 | | **c** | |
| d. | Blindness:   You +   Spouse = ▶   x $2,200 | | **d** | |
| e. | Other: 1. Medical/Dental ▶   2. Adoption ▶ | 1 + 2 = | **e** | |
| f. | Total exemptions. Add items a, b, c, d and e. Enter here and on line 18 | ▶ | **2f** | 2630.00 |

**3.** Wages, salaries, tips and other employee compensation (from all W-2 forms)    ▶ **3**    14629.00

**4.** Taxable pensions and annuities    ▶ **4**

**5.** Mass. bank interest: a. ▶    – b. exemption    = **5**
Exemption: if married filing jointly, subtract $200 from Total; otherwise subtract $100 & enter result

**6.** Business/profession or farm income or loss (enclose Mass. or U.S. Sch. C, C–EZ, or U.S. Sch. F)    ▶ **6**

**7.** Rental, royalty and REMIC, partnership, S corp., trust income/loss (enclose Mass. & U.S. Schedule E)    ▶ **7**

**8.** Unemployment compensation (from U.S. return)    ▶ **8**

**9.** Other income (alimony, taxable IRA/Keogh distr., winnings, fees) from Sch. X, line 4 (enclose Sch. X)    ▶ **9**

**10. TOTAL 5.95% INCOME.** Add lines 3 through 9. (Be sure to subtract any loss(es) in lines 6 or 7)    **10**    14629.00

**11.** Amount paid to Soc. Sec. Medicare, R.R., U.S. or Mass. retirement – **Not more than $2,000 per person**
a. You ▶ 1119.00   +   b. Spouse ▶    a + b = **11**    1119.00

**12.** Child under age 15, or disabled dependent/spouse care expenses (from worksheet)    ▶ **12**
Enter provider's name(s) and ID number(s)

**13.** Dependent member of household under age 12 on December 31, 1997 (only if not claiming line 12)    ▶ **13**
Enter one $1,200 amount and the child's name

**14.** 50% rental deduction (from the worksheet). **Not more than $2,500**    ▶ **14**    2500.00
Enter landlord's name(s) DAVID COLON

**15.** Other deductions from Schedule Y, line 7 (enclose Schedule Y)    ▶ **15**

**16. TOTAL DEDUCTIONS.** Add lines 11 through 15    ▶ **16**    3619.00

**17.** 5.95% INCOME AFTER DEDUCTIONS. Subtract line 16 from line 10. **Not less than "0"**    **17**    11010.00

PRIMARY TAXPAYER'S SS#
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

1997 FORM 1, PAGE 2

**M72G0**

| | | | |
|---|---|---|---|
| 17. | 5.95% INCOME AFTER DEDUCTIONS (from page 1). Not less than "0" | 17 | 11010.00 |
| 18. | Exemption amount (from line 2, item f) | 18 | 2630.00 |
| 19. | 5.95% INCOME AFTER EXEMPTIONS. Subtract line 18 from line 17. Not less than "0" | 19 | 8380.00 |
| 20. | TAX ON 5.95% INCOME (from tax table). If line 19 is more than $80,000, multiply by .0595 | 20 | 498.00 |
| 21. | 12% INCOME (from Schedule B, line 21). a ▶     x .12 = | 21 | |
| 22. | TAX ON LONG-TERM CAPITAL GAINS. (from Schedule D, line 18)    ▶ 22 | | |
| | if excess exemptions were used in calculating lines 21 or 22, check   ▶ | | |
| 23. | If you qualify for No Tax Status, check and enter "0" on line 24 ▶ | | |
| 24. | TAX. Add lines 20, 21 and 22 | 24 | 498.00 |
| 25. | Limited Income Credit (from worksheet)    ▶ 25 | | |
| 26. | Credits: Long-term capital gains tax credit applied to 12% income (enclose Sch. B-1) | | |
| | Income tax paid to another state or jurisdiction (enclose other state's return) | | |
| | Energy (enclose Sch. EC)    Lead Paint (enclose Schedule LP) | | |
| | Economic Opportunity Area Credit (enclose Sch. EOA) | | |
| | Full employment credit (enclose Sch. FEC)   Septic credit (enclose Sch. SC)   Total ▶ 26 | | |
| 27. | Total credits. Add line 25 and line 26 | 27 | |
| 28. | TAX AFTER CREDITS. Subtract line 27 from line 24. Not less than "0" | 28 | 498.00 |
| 29. | Voluntary Contributions: a. Organ Transplant Fund ▶     b. Endangered Wildlife | | |
| | Conservation ▶     c. Mass. AIDS Fund ▶ | | |
| | d. Massachusetts United States Olympic Fund ▶     Total of a, b, c and d 29 | | |
| 30. | TAX AFTER CREDITS PLUS CONTRIBUTIONS. Add line 28 and 29 | 30 | 498.00 |
| 31. | Massachusetts income tax withheld (enclose all Mass. W-2, W-2G & 1099R forms)   ▶ 31 | | 688.00 |
| 32. | 1996 overpayment applied to your 1997 estimated tax (do not enter 1996 refund)   ▶ 32 | | |
| 33. | 1997 Massachusetts estimated tax payments (do not include amount in line 32)   ▶ 33 | | |
| 34. | Earned Income Credit. Amt. from US return     x .10 = | 34 | |
| | No. of qualifying children ▶    SSN of qualifying children | | |
| 35. | Payments made with extension (enclose Form M-4868)   ▶ 35 | | |
| 36. | TOTAL TAX PAYMENTS. Add lines 31 through 35 | 36 | 688.00 |
| 37. | Overpayment. If line 30 is smaller than line 36, subtract line 30 from line 36   ▶ 37 | | 190.00 |
| 38. | Amount of overpayment you want applied to your 1998 estimated tax   ▶ 38 | | |
| 39. | Amount of your refund. Subtract line 38 from line 37.   Mail to Mass. DOR, P.O. Box 7000, Boston, MA 02204   ▶ 39 | | 190.00 |
| | Direct deposit of refund. Type of acct. ▶   checking    savings | | |
| | RTN # ▶     account # ▶ | | |
| 40. | Tax due. If line 30 is larger than line 36, subtract line 36 from line 30. Use Form PV   ▶ 40 | | 0.00 |
| | Pay in full with this return. Write SSN on lower left corner of check and make payable to Commonwealth of Massachusetts.   Mail to Mass. DOR, P.O. Box 7003, Boston, MA 02204 | | |
| | Add to total in line 40, if applicable | | |

       ▶   EX encl
Interest ▶     Penalty ▶     M-2210 amt. ▶     Form M-2

**SIGN HERE** – Under penalties of perjury, I declare that to the best of my knowledge and belief this return and enclosures are true, correct and complete.

| YOUR SIGNATURE | DATE | ▶ PAID PREPARER'S SIGNATURE | SOCIAL SECURITY NO.   DATE |
|---|---|---|---|
| | | | 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 03/18/98 |

41. SPOUSE'S SIGNATURE (IF FILING JOINTLY)    DATE     EMPLOYER IDENTIFICATION NUMBER    CHECK IF SELF EMPLOYED
                                             43-1632899

YOUR DAYTIME PHONE     SPOUSE'S DAYTIME PHONE    FIRM NAME (OR YOURS IF SELF-EMPLOYED) AND FIRM ADDRESS
(508) 427-5406                                  BOSTON 6
                                                      275 HANCOCK STREET

```
98   Office Number: 20055
     Payment Status: RAC/WH

     Home Phone: 508-427-5406
     Business Phone: 508-427-9460

                                              GREGORY P CLARK

                                              45 SNELL STREE.
                                              BROCKTON, MA 023

===============================================================================
SSN:                    Preparer Number/Name: 00632/KATIA DEPINA    Return Preparation Fee:  71.0
  TP:   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     Preparation Date:    1/23/99                Electronic Filing Fees:  25.0
  Spouse:               Source:              Prior Tax Return       State Elf Fees:
DOB:                    FED ELF Return Type: RAC                    Other:
  TP:   8/15/1972       FED ELF Firm Type:   HRB Prepared           Gift Cert./Discount:
  Spouse:               ST ELF Return Type:                         Sales Tax:
                        ST ELF Firm Type:                          |TOTAL FEES:               96.0|
                        Receipt Number:      121160        FP: 22  CPF Payment Rec'd/RAL W/H:  96.0
===============================================================================
======================== FORM W-2 INFORMATION ================================
                 ----------- Wages -----------    ------------- Taxes Withheld ------
                          Federal  State                        Federal  S.S.    Medi-
Source           T/S Type Gross    ST   Gross    S.S.   Medi-           S.S.  care  ST   State   loc
WALMART ASS       T    R  2413     MA   2413     2413   care  Federal   150   35   MA   103
                 ======= =======  ==== =======  =====  care  238       ====  ==== ===  =======  ===
                                                        2413
                 ======= =======  ==== =======  =====  =====  ======   ====  ==== ===  =======  ===

================== ADDITIONAL INFORMATION ==========================================
Federal software version: 2.99.000           State software version (MA): 1.99.002
```

Income Tax Summary Worksheet

GREGORY P CLARKE

1998
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

| | 1998 | 1997 |
|---|---|---|
| **INCOME** | | |
| 7. Wages, salaries, tips..................... | 2,413 | 14,629 |
| 8a. Taxable interest income.................. | 0 | 0 |
| 9. Ordinary dividend income................. | 0 | 0 |
| 10. State/local tax refunds................. | 0 | 0 |
| 11. Alimony received........................ | 0 | 0 |
| 12. Business income (loss)................... | 0 | 0 |
| 13. Capital gain (loss)..................... | 0 | 0 |
| 14. Other gains (losses).................... | 0 | 0 |
| 15b. Taxable IRA dist....................... | 0 | 0 |
| 16b. Taxable pensions....................... | 0 | 0 |
| 17. Rents, partnerships, etc................ | 0 | 0 |
| 18. Farm income (loss)...................... | 0 | 0 |
| 19. Unemployment comp....................... | 0 | 0 |
| 20b. Taxable soc.security................... | 0 | 0 |
| 21. Other income........................... | 0 | 0 |
| 22. Total income........................... | 2,413 | 14,629 |
| **ADJUSTMENTS** | | |
| 23. IRA deduction........................... | 0 | 0 |
| 24. Student loan interest deduction......... | 0 | 0 |
| 25. Medical Savings deduction............... | 0 | 0 |
| 26. Moving Expense.......................... | 0 | 0 |
| 27. Self-empl.tax deduct.................... | 0 | 0 |
| 28. Self-empl.health ins.................... | 0 | 0 |
| 29. KEOGHs, SEPs, and SIMPLEs............... | 0 | 0 |
| 30. Sav.withdrawal penalty.................. | 0 | 0 |
| 31a. Alimony paid........................... | 0 | 0 |
| 32. Total adjustments...................... | 0 | 0 |
| **ADJUSTED GROSS INCOME** | | |
| 33. Line 22 less line 32.................... | 2,413 | 14,629 |
| **TAXABLE INCOME** | | |
| 36. Itemized deductions..................... | | |
| Medical expenses....................... | 0 | 0 |
| Taxes.................................. | 103 | 688 |
| Deductible interest.................... | 0 | 0 |
| Contributions......................... | 0 | 0 |
| Casualty.............................. | 0 | 0 |
| Miscellaneous deduct.................. | 10 | 0 |
| Total itemized........................ | 113 | 688 |
| 36. Standard deduction...................... | 4,250 | 4,150 |
| 38. Exemptions.............................. | 2,700 | 2,650 |
| 39. Taxable income.......................... | 0 | 7,829 |
| **TAX COMPUTATION** | | |
| Tax from Tax Table (98)    Tax Table (97)... | 0 | 1,174 |
| Additional taxes....................... | 0 | 0 |
| 40. Tax before credits...................... | 0 | 1,174 |
| **CREDITS** | | |
| 41. Child care.............................. | 0 | 0 |
| 42. Elderly or the disabled................. | 0 | 0 |
| 43. Child tax credit........................ | 0 | 0 |

```
47. Other credits...............................        0           0
48. Total credits...............................        0           0
49. Tax after credits...........................        0       1,174
```

### OTHER TAXES

```
50. Self-employment tax.........................        0           0
51. Alt.minimum tax.............................        0           0
52. Soc.sec.tax on tips.........................        0           0
53. Tax on IRA & other plans....................        0           0
54. Advanced EIC payments.......................        0           0
55. Household Employment taxes..................        0           0
    Miscellaneous taxes.........................        0           0
56. Total tax...................................        0       1,174
```

### PAYMENTS

```
57. Federal withholding.........................      238       1,511
58. Estimated payments..........................        0           0
59a. Earned income credit.......................      186           0
60. Additional child tax credit.................        0           0
61. Amount paid w/ exten........................        0           0
62. Excess FICA withheld........................        0           0
63. Other payments..............................        0           0
64. Total payments..............................      424       1,511
```

### REFUND

```
65. Overpayment.................................      424         337
66a. Refund due.................................      424         337
67. Applied to '99 estimates....................        0           0
```

### AMOUNT DUE

```
68. Amount owed with return.....................        0           0
69. Penalty for underpay tax....................        0           0
```

### OTHER COMPUTATIONS

```
Net invest.inc.for F4952........................        0           0
Alt.Min.Taxable Income..........................    2,413      14,629
Total tax pref.& adjmts.........................    4,250       4,150
Marginal Tax Bracket............................      15%         15%

Filing status...................................   Single      Single
```

### 1999 ESTIMATED TAXES

```
        Due 04/15    0    Due 06/15    0
        Due 09/15    0    Due 01/17    0
```

Declaration Control Number (DCN)

| 0 | 0 | – | 4 | 2 | 3 | 2 | 8 | | | | | | | – | 9 |

IRS Use Only - Do not write or staple in this space.

**Form 8453**

Department of the Treasury
Internal Revenue Service

# U.S. Individual Income Tax Declaration
## for Electronic Filing
For the year January 1 – December 31, 1998
▶ See instructions

OMB No. 1545-0936

**1998**

Use the
IRS label.
Otherwise,
please
print or
type.

**L A B E L   H E R E**

Your first name and initial: GREGORY P. CLARKE    Last name

Your social security number: 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

If a joint return, spouse's first name and initial    Last name

Spouse's social security no.

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.
45 SNELL STREET

City, town or post office, state, and ZIP code
BROCKTON, MA  02301

⚠ **IMPORTANT** ⚠
You must enter
your SSN(s) above.

Telephone number (optional)

## Part I    Tax Return Information (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Total income (Form 1040, line 22; Form 1040A, line 14; Form 1040EZ, line 4) | 2,413 |
| 2 | Total tax (Form 1040, line 56; Form 1040A, line 34; Form 1040EZ, line 10) | 0 |
| 3 | Federal income tax withheld (Form 1040, line 57; Form 1040A, line 35; Form 1040EZ, line 7) | 238 |
| 4 | Refund (Form 1040, line 66a; Form 1040A, line 41a; Form 1040EZ, line 11a) | 424 |
| 5 | Amount you owe (Form 1040, line 68; Form 1040A, line 43; Form 1040EZ, line 12) | |

## Part II    Declaration of Taxpayer (Sign only after Part I is completed.)

**A T T A C H   C O P Y   B   O F   F O R M S   W-2   A N D   1 0 9 9 R   H E R E**

**6a** ☒ I consent that my refund be directly deposited as designated in the electronic portion of my 1998 Federal Income Tax return. If I have filed a joint return, this is an irrevocable appointment of the other spouse as an agent to receive the refund

**b** ☐ I do not want direct deposit of my refund or I am not receiving a refund.

**c** ☐ I authorize (1) the U.S. Treasury and its designated Financial Agents to initiate an ACH debit (automatic withdrawl) entry to my financial institution account designated in the electronic portion of my 1998 Federal income tax return for payment of my Federal taxes owed, and (2) my financial institution to debit the entry to my account. I also authorize the financial institutions involved in the processing of my electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to my payment.

If I have filed a balance due return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint Federal and state tax return and there is an error on my state return, I understand my Federal return will be rejected.

Under penalties of perjury, I declare that the information I have given my ERO and the amounts in Part I above agree with the amounts on the corresponding lines of the electronic portion of my 1998 Federal income tax return. To the best of my knowledge and belief, my return is true, correct, and complete. I consent to my ERO sending my return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO and/or transmitter an acknowledgement of receipt of transmission and an indication of whether or not my return is accepted, and, if rejected, the reason(s) for the rejection. If the processing of my return or refund is delayed, I authorize the IRS to disclose to my ERO and/or transmitter the reason(s) for the delay, or when the refund was sent.

**Sign Here**

**COPY ONLY**
Your signature        Date

**COPY ONLY**
Spouse's signature. If a joint return, BOTH must sign        Date

## Part III    Declaration of Electronic Return Originator (ERO) and Paid Preparer (See instructions.)

I declare that I have reviewed the above taxpayer's return and that the entries on Form 8453 are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The taxpayer will have signed this form before I submit the return. I will give the taxpayer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in Pub. 1345, Handbook for Electronic Return Originators of Individual Income Tax Returns. If I am also the Paid Preparer, under penalties of perjury I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

**ERO's Use Only**

| ERO's signature | | Date 1/23/99 | Check if also paid preparer ☒ | Check if self-employed ☐ | Your social security number |
|---|---|---|---|---|---|
| Firm's name (or yours if self-employed) and address | H & R BLOCK  275 HANCOCK ST N QUINCY, MA | | | EIN | 43-1632899 |
| | | | | ZIP code | 02171-0000 |

Under penalties of perjury, I declare that I have examined the above taxpayer's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This declaration is based on all information of which I have any knowledge.

**Paid Preparer's**

| Preparer's signature | | Date | Check if self-employed ☐ | Preparer's social security no |
|---|---|---|---|---|
| Firm's name (or yours if self-employed) | | | EIN | |

*May 27, 2001*
*Page 2*

```
                                         [                        ]
                                     IRS USE ONLY
                            01011998 29              OMB NO. 1545-1309
      1998  1040PC FORMAT U.S. INDIVIDUAL INCOME TAX RETURN   PAGE 01 OF 01

        !   GREGORY P<CLARKE                          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  34
        !
        !
        !   45 SNELL STREET
        !   BROCKTON  MA  02301
        !
        !
        !   PPECF N  SPECF    FS 1  6A-SELF X
        !   6D-TOTAL 01
```

| 1040 PAGE 1 | | |
|---|---|---|
| 7----------------2413 | ! PEIN--------43-1632899 | ! |
| 22---------------2413 | ! POCC-CLERK----------- | ! |
| 33---------------2413 | ! | ! |
| | !    DIR DEP INFO | ! |
| | ! 66B---------031100254 | ! |
| 1040 PAGE 2 | ! 66D--18066664011686048 | ! |
| 34---------------2413 | ! 66C----------------C | ! |
| 36---------------4250 | ! | ! |
| 37-------------(1837) | ! | ! |
| 38---------------2700 | !    ADD INFO | ! |
| 39------------------0 | ! PDI--------1000000000 | ! |
| 40------------------0 | ! SEI------------------- | ! |
| 49------------------0 | ! SC----------------01 | ! |
| 56------------------0 | ! | ! |
| 57----------------238 | ! | ! |
| 59A---------------186 | ! | ! |
| 64----------------424 | ! | ! |
| 65----------------424 | ! | ! |
| 66A---------------424 | ! | ! |
| PREP-KATIA DEPINA----- | ! | ! |
| FIRM-H&R BLOCK-------- | ! | ! |
| ADD--275 HANCOCK ST--- | ! | ! |
| CSZ--N QUINCY MA 02171 | ! | ! |
| --0000------------ | ! | ! |

```
TOTAL INCOME    LINE 22      2413    TOTAL TAX    LINE 56       0
TOTAL PAYMENTS  LINE 64       424    REFUND       LINE 66A    424
```

Under penalties of perjury, I declare that I have examined this return and
accompaning schedules and statements, and to the best of my knowledge and
belief, they are true, correct, and complete.  Declaration of preparer
(other than taxpayer) is based on all information of which preparer has
any knowledge.

For Information Only - Do not File        For Information Only - Do not File
Your Signature            Date            Spouse's Signature         Date


                            01231999      IRS USE ONLY
Preparer's Signature        Date                          PAGE 01 OF 0
For Paperwork Reduction Act Notice Statement, see Taxpayer Notice 974
                                                        01011998 29



FOR FULL YEAR RESIDENTS ONLY
For the year Jan 1 - Dec 31, 1998 or other taxable
year beginning                          ending

M81G0

# Form 1 Massachusetts Resident Income Tax Return

**1998**

| FIRST NAME | MIDDLE INITIAL | LAST NAME | YOUR SSN |
|---|---|---|---|
| GREGORY | P | CLARKE | 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 |
| SPOUSE'S FIRST NAME | MIDDLE INITIAL | LAST NAME | SPOUSE'S SSN |

| STREET ADDRESS | CITY/TOWN/POST OFFICE. | STATE | ZIP + 4 |
|---|---|---|---|
| 45 SNELL STREET | BROCKTON | MA | 02301 |
| C/O STREET ADDRESS | CITY/TOWN/POST OFFICE | STATE | ZIP + 4 |

Name/address changed since 1997

Mass. Election Campaign Fund:          $1 You          $1 Spouse, if filing jointly.          TOTAL ► $

TAXPAYER DECEASED          SPOUSE DECEASED
Note: This contribution will not change your tax or reduce your refund.

1. **Filing Status:** (Select one only) **X** Single          Married filing joint return (both must sign return)          Married filing separate return (Enter spouse's Soc. Sec. no. in the appropriate space above.)
   Head of household

2. **Exemptions:**          Fill in if noncustodial parent          **X** Fill in if using whole-dollar method
   a. Personal exemptions. If single or married filing separately, enter $4,780. If head of household, enter $7,385. If married filing jointly, enter $9,560                                              **a**          **4780.00**
   b. Number of dependents. (Do not include yourself or your spouse.) Enter number ►          x $1,000          **b**
      Enter dependents' Social Security numbers.

   c. Age 65 or over before 1999:          You +          Spouse = ►          x $700          **c**
   d. Blindness:          You +          Spouse = ►          x $2,200          **d**
   e. Other: 1. Medical/Dental ►                    2. Adoption ►          1+2 =          **e**
   f. Total exemptions. Add items a, b, c, d and e. Enter here and on line 18          ► **2f**          **4780.00**

3. Wages, salaries, tips and other employee compensation (from all W-2 forms)          ► **3**          **2413.00**

4. Taxable pensions and annuities          ► **4**

5. Mass. bank interest: a. ►                          - b. exemption          = **5**
   Exemption: if married filing jointly, subtract $200 from Total; otherwise subtract $100 & enter result

6. Business/profession or farm income or loss (enclose Mass. or U.S. Sch. C, C-EZ, or U.S. Sch. F)          ► **6**

7. Rental, royalty and REMIC, partnership, S corp., trust income/loss (enclose Mass. & U.S. Schedule E)          ► **7**

8. Unemployment compensation (from U.S. return)          ► **8**

9. Other income (alimony, taxable IRA/Keogh distr., winnings, fees) from Sch. X, line 4 (enclose Sch. X)          ► **9**

10. TOTAL 5.95% INCOME. Add lines 3 through 9. (Be sure to subtract any loss(es) in lines 6 or 7)          **10**          **2413.00**

11. Amount paid to Soc. Sec. Medicare, R.R., U.S., or Mass. Retirement - Not more than $2,000 per person
    a. You ►  **185.00**          +          b. Spouse ►          a+b = **11**          **185.00**

12. Child under age 13, or disabled dependent/spouse care expenses (from worksheet)          ► **12**
    Enter provider's name(s) and ID number(s)

13. Dependent member of household under age 12 on December 31, 1998 (only if not claiming line 12)          ► **13**
    Enter one $1,200 amount and child's name

14. 50% rental deduction (from the worksheet)  Not more than $2,500          ► **14**          **2500.00**
    Enter landlord's name(s)  DAVID COLON

15. Other deductions from Schedule Y, line 8 (enclose Schedule Y)          ► **15**

16. Total Deductions. Add lines 11 through 15          ► **16**          **2685.00**

PRIMARY TAXPAYERS SS#
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

1998 FORM 1, PAGE 2
M82G0

| | | | |
|---|---|---|---|
| 17. | 5.95% INCOME AFTER DEDUCTIONS (from page 1). Not less than "0" | 17 | 0.00 |
| 18. | Exemption amount (from line 2, item f) | 18 | 4780.00 |
| 19. | 5.95% INCOME AFTER EXEMPTIONS. Subtract line 18 from line 17. Not less than "0" | 19 | |
| 20. | TAX ON 5.95% INCOME (from tax table). If line 19 is more than $80,000, multiply by 0595 | 20 | |
| 21. | 12% INCOME, (from Schedule B, line 20). a ▶    x .12 = | 21 | |

22. Long-Term Capital Gain Income (enclose Schedule D). Fill in d any amount entered in Schedule D, line 16 ▶
▶      ▶      ▶
22a Schedule D, line 13A      22b Schedule D, line 13B      22c Schedule D, line 13C
TAX ON LONG-TERM CAPITAL GAINS (from Schedule D, line 17). Not less than "0" ▶ 22
Check if any excess exemptions were used in calculating ln. 21 or 22 ▶

| | | | |
|---|---|---|---|
| 23. | If you qualify for No Tax Status, check box & enter "0" on ln. 24 ▶ X | | |
| 24. | TAX. Add lines 20, 21 and 22 | 24 | 0.00 |
| 25. | Limited Income Credit (from worksheet) ▶ | | |
| 26. | Other credits from Sch. Z, line 3 (enclose Sch. Z)▶     25 + 26 = | 27 | |
| 28. | TAX AFTER CREDITS. Subtract line 27 from line 24. Not less than "0" | 28 | 0.00 |

29. Voluntary Contributions: a.Organ Transplant Fund▶      b.Endangered Wildlife
Conservation▶      c.Mass. AIDS Fund▶
d.Massachusetts United State Olympic Fund ▶      Total of a, b, c and d   29

| | | | |
|---|---|---|---|
| 30. | TAX AFTER CREDITS PLUS CONTRIBUTIONS. Add lines 28 and 29 | 30 | 0.00 |
| 31. | Massachusetts income tax withheld (enclose all Mass. W-2, W-2G & 1099R forms) ▶ | 31 | 103.00 |
| 32. | 1997 overpayment applied to your 1998 estimated tax (do not enter 1997 refund) ▶ | 32 | |
| 33. | 1998 Massachusetts estimated tax payments (do not include amount in line 32) ▶ | 33 | |
| 34. | Earned Income Credit. Amount from U.S. return ▶   186.00    x .10 = | 34 | 19.00 |
| | Number of qualifying children ▶   0    SSN of qualifying children | | |
| 35. | Payments made with extension (enclose Form M-4868) ▶ | 35 | |
| 36. | TOTAL TAX PAYMENTS. Add lines 31 through 35 | 36 | 122.00 |
| 37. | Overpayment. If line 30 is smaller than line 36, subtract line 30 from line 36 ▶ | 37 | 122.00 |
| 38. | Amount of overpayment you want applied to your 1999 estimated tax ▶ | 38 | |
| 39. | Amount of your refund. Subtract line 38 from line 37. Mail to Mass DOR, PO Box 7000, Boston MA 02204 ▶ | 39 | 122.00 |
| | Direct deposit of refund. Type of acct. ▶   checking   savings | | |
| | RTN#▶    account#▶ | | |
| 40. | Tax due. If line 30 is larger than line 36, subtract line 36 from line 30   Use Form PV | 40 | |

Pay in full with this return. Write SSN on lower left corner of check and make payable to Commonwealth of Massachusetts. Mail to Mass DOR, PO Box 7003,
Boston MA 02204. Add to total in line 40, if applicable

                                                   ▶    EX enclose
Interest ▶        Penalty ▶        M-2210 amt ▶        Form M-2210

SIGN HERE. Under penalties of perjury, I declare that to the best of my knowledge and belief this return and enclosures are true, correct and
complete.

41. YOUR SIGNATURE         DATE 1/23/99 ▶   PAID PREPARER'S SIGNATURE     SOCIAL SECURITY NO    DATE
                                      Katie Eyen De Ping    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   01/23/99

SPOUSE'S SIGNATURE (if filing jointly)   DATE       EMPLOYER IDENTIFICATION NO    CHECK IF SELF-EMPLOYED
                                      43-1632899

YOUR DAYTIME PHONE       SPOUSE'S DAYTIME PHONE      FIRM NAME (or yours if self employed) AND FIRM ADDRESS
508-427-5406                                  H&R BLOCK
                                                     275 HANCOCK ST



November 14, 1999

To whom it may concern.

Gregory Clarke has been employed with Dollar Rent A Car of Boston Ma. Since May 10, 1999. His Current position is as Customer Service Agent at our downtown Boston locations.  Greg is an outstanding employee and person, he is very friendly and works well with his co-workers and one of my most reliable Employees.

We are considering Greg for a supervisors position in the near future for we are expanding in the Boston area.

Sincerely,

George Winer
District Operations Manager
(617) 723-8312

Travelers Rental Co., Inc.   Bradley Field        T.F. Green APO        Worldwide Reservations
Licensee                     593 Elm Street       1989 Post Road        800-800-4000
Executive & Accounting       Windsor Locks, CT 06096   Warwick, RI 02886    www.dollar.com
250 Sumner Street            860-627-9048         401-739-8450
E. Boston, MA 02128          fax 860-627-0768     fax 401-732-5147
617-634-00006
fax 617-561-0942

Exh. 10

Printed on recycled paper



# REGISTRY DIVISION OF THE CITY OF BOSTON

COUNTY OF SUFFOLK, COMMONWEALTH OF MASSACHUSETTS, UNITED STATES OF AMERICA

Certificate **R № 056174**

*I, the undersigned, hereby certify that I hold the office of ..............................*
*City Registrar of the City of Boston and I certify the following facts appear on the*
*records of Births, Marriages and Deaths kept in said City as required by law.*

---

**The Commonwealth of Massachusetts**
DEPARTMENT OF PUBLIC HEALTH
REGISTRY OF VITAL RECORDS AND STATISTICS
**STANDARD CERTIFICATE OF LIVE BIRTH**

**STATE USE ONLY**

| | |
|---|---|
| 3C. CITY/TOWN **BOSTON** | |
| 3B. COUNTY **SUFFOLK** | |

3A. FACILITY NAME-IF NOT IN FACILITY, NUMBER AND STREET
**BRIGHAM AND WOMENS HOSPITAL**

3D. REGISTERED NUMBER **16787**

| 4A. FIRST | 4B. MIDDLE | 4C. LAST |
|---|---|---|
| NAME **ISAIAH** | **DASHAWN** | **WALKER** |

| 5. SEX **MALE** | 6A. PLURALITY **SINGLE** | 6B. BIRTH ORDER | 7. TIME **7:48 P** | 8. DATE OF BIRTH (Month, Day, Year) **OCTOBER 25, 1996** |

9A. SIGNATURE-I Certify that the Child was Born Alive at Date and Time and Place Stated
9B. TYPE OR PRINT NAME **ALLAH STEVEN NADEL**
9C. LICENSE NUMBER **71507**

| 9D. NO. & STREET **75 FRANCIS ST** | 9E. CITY/TOWN **BOSTON** | 9F. STATE **MA** | 9G. ZIP CODE **02115** | 9H. DATE SIGNED (Month, Day, Year) **November 14, 1996** |

| 9I. TYPE **AT-BIRTH** | 9J. TITLE **MD** |

| 10A. FIRST **RENEE** | 10B. MIDDLE **A.** | 10C. LAST **WALKER** | 10D. MAIDEN SURNAME **WALKER** |
| NAME | | | |

| BIRTHPLACE 11A. CITY/TOWN **BOSTON** | 11B. STATE/COUNTRY **MASSACHUSETTS** | 12. DATE OF BIRTH (Month, Day, Year) **APRIL 17, 1979** |

| RESIDENCE 13A. NUMBER AND STREET **28 JACOB ST** | 13B. CITY/TOWN **BOSTON** | 13C. COUNTY **SUFFOLK** | 13D. STATE **MA** | 13E. ZIP CODE **02124** |

| 14A. FIRST | 14B. MIDDLE | 14C. LAST |
| NAME | | |

| BIRTHPLACE 15A. CITY/TOWN | 15B. STATE/COUNTRY | 16. DATE OF BIRTH (Month, Day, Year) |

17A. I/WE CERTIFY THAT THE PERSONAL INFORMATION APPEARING ABOVE IS TRUE AND CORRECT
**Renee A. Walker**
17B. RELATIONSHIP TO CHILD **MOTHER**

| 17C. DATE SIGNED (Month, Day, Year) **NOV 18 1996** | 17D. MAILING ADDRESS (if different from item # 13 above) NUMBER AND STREET | CITY | STATE | ZIP CODE |

| 18. DATE OF RECORD (Month, Day, Year) **NOV 21 1996** | 19. SUPPLEMENT FILED (Month, Day, Year) | 20 CLERK/REGISTRAR **Judith A. McCarthy** |

1. DPH USE ONLY

---

...er hereby certify that by annex-
he Records of the following-
cities and towns are in the
of the City Registrar of

ANNEXED
...on .......................1637
...ston ...................1804
...' .......................1868
...ter ....................1870
...own
...t ⎫ ...............1874
...chury ⎬
...rk ....................1912

WITNESS my hand and the SEAL of the CITY REGISTRAR

on this ................Day of ..... **FEB 10 1997**

*Judith A. McCarthy* ..............City Registrar

By Chapter 314 of the Acts of 1892, "the certificates or attestations
of the Assistant City Registrars shall have the same force and effect as
that of the City Registrar."



*Exhibit*

feb. 8, 2000

To whom it may concern;

My name is Debra Gaddis and i am
writing to you on behalf of gregory
Clarke.

We met in feb. 96 and we have
been living together since Dec. 96. We
became engaged Sept. 97 and we are
scheduled to be married June 10, 2000.

I am a single mother of two daughters
and they have accepted greg (they call
him step-daddy) they adore his attention
and the quality time we all spend
together as a family.

We lost our son
Marquise' and his death brought our
immediate family ties more closer
to god and made us more spiritual
minded.

Greg is a great provider and
family orientated man, He has
become more focused and settled in
life. I think the responsability

ExA12

having his daughter Shana helps him realize whats more important in life and in the future ..

Overall it has been very Devastating on me and my girls, since he has been gone. Both financially and personal.

He is a very important person in our lives, and we love him truly and we do not want to lose him.

I do very much so look forward to our Wedding ....

Please take our brief letters in consideration ..

Thank You
Very much

Sincerly

Debra Gaddis

2-8-00

To whom it may concern:

My name is Regina Sharisé Florence and I am writing this letter in regards to my step-father, Gregory Clarke. I have known Gregory Clarke since the beginning of the year 1996. Over the past four years I have built a strong relationship with this man who I like to refer to as "step-daddy". Gregory Clarke has been there for me in many ways as a father figure and has done more for me than my biological father has ever done. He is a part of my family. He is good to my mother and sister, and my extended family likes him a lot too. Gregory Clarke and my mother planned to marry in June of this year.

At this present moment things are not the same without him home. We all miss him very much and no one in our home has

laughed and smiled as much as they use to when he was here with us.

It is hard for me to think of the possibility of my step-father Gregory Clarke getting deported back to Barbados. He has no one there. Sending him there is like taking away everything he has. Here is where he belongs. He has his family and friends who care very much for him. If he was to leave it would emotionally hurt us all. Most importantly if he was to leave, his daughter would grow up without a father and he wouldn't be able to visit my brother, his only son, Marquise J. Clarke who is buried here. It would be hard for me personally to look at my mother and see how sad it would hurt her. I would also be hurt by it, but to see my mother hurt too is like me having my heart broken twice. Whenever she cries, I always cry too. Our lives just wouldn't be the same.

Thanks for your time,
Sincerely, Regina S. Florence

( Gregory Clarke )

To whom it may concern,

Hello, my name is Robin and I'm writing to tell you how much it would break my heart 💔 to send my step-father back to Barbados. I love him alot and I don't know what I would do if he leaves me, he's the father that I never had. When my stepfather came into my life a little before february in 1996, it was the happiest day of my life. Since then we grew closer and closer. Now I miss all the fun things we have done, he would always be there, at my cheerleading games, my graduations, when I was hurt, or when I just needed comfort. He would always make me laugh 😊. Now there is no more laughter, everyone in my family is sad. I miss my stepfather walking in the door and running straight to me to tell me what happened during the day, whenever I needed money or a ride, my stepfather would always offer, no matter if he was sick, or tired, I remember when

on the weekends, my stepfather,
my mom, me, and my sister would
get up early and drive to another
city, like when we went to
New York, I had so much
fun. I got to meet some more
of my stepfathers family and
we went shopping the whole
time we stayed. I thought my
stepfather would be home
right now to start planning
the wedding which is supposed
to be this year in June. I'm
supposed to be the Juinor
Bridesmaid. we had already
decided what color and what
kinda food. Its february and
I havent seen my stepfather
since november of last year. I
was expecting to spend thanksgiving.
christmas and the new millenium with him
but instead he had to spend
it behind bars. on christmas
I was sad me and my mom
was the only ones opening
presents, it was the worst
christmas I ever had, it
didnt even feel like christmas.
I hope my stepfather is
there for my graduation
this year. And my sister is
graduating too and going off

to college. Maybe you don't know how it feels into your in this situation. how would you like it if someone you loved was sent back to wherever they came from and you was left with a broken heart especially if you knew them for a long time. I pray before ~~bed~~ I go to bed every night and I ask god to bring my stepfather home. I hope he listens and I hope you do to. All I'm asking is to bring my stepfather home! ♡

Sincerely,

Robin Florence

P.S.

I hope you
understand what
I'm going through.

April 16, 2001

To Whom It May Concern

Gregory Clarke has made mistakes in the past, but I have seen him turn his life around and made something of himself. Working hard and doing his car shows which he enjoyed. He is a good father to his daughter. He has become a mature adult.

Thank you

Veronica Jackman
16 Flint Locke Rd
Randolph, Ma 02368

April 16, 2001

To whom it May Concern
Gregory Clarke is like a big brother
to me and my sisters he talk
to us about being good yang
ladies. Every body make mistakes
but should be given a second
chance. I think Greg has become
a good Citizen.

He is a wonderful father
And his daughter will miss him.

Thank you
Kellei Estwick
16 Flint Locke Rd
Randolph MA 02368.

04/17/01

To whom it may concern,

Gregory Clarke is a responsible young man, and should be given a 2nd chance. He is hardworking. And he always helped me with my computer and other things that he was good at. Even if it was just to come by and say "Hello". He is a loving father, son friend, and fiancee. I hope you take these letters in thought so, that Greg can stay.

Sincerley,

Malcolm F. Jackman
16 Flintlocke Road
Randolph, Ma 02368

10 of 21

16th April '01

To whom It May Concern,

This letter is on behalf of Gregory Clarke, who has been in Pike County Jail for almost 2 years. Before November of 1999 Gregory Clarke was a devoted empolyee at his job where he was always going when I ever ran into him. He was always doing something helpful to others. Especially my mother, he use to help her out when she was selling dinners for fund raisers. He ~~is~~ is also a loving father to his daughter and fiancée. Gregory Clarke was getting ready to make the most important step in his life... marriage. He was making a committed life for himself, his daughter, and his family. Please take these letters under consideration for a release of Gregory Clarke. He is missed by all friend and family. and would like for him to stay here.

Sincerly,

Shirmaine M. Estwick
16 Flinthocke Road
Randolph, Ma 02368

3/16/01

To whom it may concern:

My name is Chris Osorio I'm a family friend of Gregory Clarke for about five years, In those years I've worked with Greg. I've been to dinners at his family's house. We would attend many car shows during the summer seasons. On the week ends we would play pool, or go play some basketball. Most important of all I would look up to Greg, he was always there for me in the good times, and bad, He would always give me a helping hand. Thanks for your time.

Chris Osorio

12 of 21

CARSON CLARKE
616 Lexington Ave
Brooklyn, N.Y. 11221
2/14/00

TO WHOM IT MAY CONCERN,
                                    I have known Gregory
Clarke for all of his life. He is one of five
children of my sister Olivia Clarke. I believe
that if Gregory is release under supervision
that he would not be _ the kind of person
that would be a treat to society. I also believe
that he would find a job and would be independant
                                    Carson Clarke.

13 of 21

Cyntelle Clarke
616 Lexington Ave.
Brooklyn N.Y 1123

To Whom it may Concern.

I am writing this letter on behalf of My Nephew Gregory Clarke.

I have known Gregory all of his life. He is the Youngest of three Boys, but older than two Girls of my sister Olivia Clarke.

Since Gregory have been Living in the U.S. He had some problems with the Law. He has served his time in a Correctional Facility I has since sat down with Gregory and had very serious Conversation with him about turning his life around and holding a steady Job. I am sure he has listen to what I said. He is a different person today. Gregory is a Hard working man and a loving father. He was well like by his last Employer before he was Detained Since he was detained I have keep in Contact with him by phone and mail. I am Certain if Gregory Release on his own bond or if he is Release to any of his Immediate family's Custody, Everything will be done to Ensure that he keeps out of

14 of 21

Out of trouble and meet any Requirements
that Authorities set forth.

I Remains

His Supportive Aunt

Cyntelle Clarke

Now and Always

To Whom It May Concern

My name is Annie Figueroa, I am
writing this letter on behalf of Gregory
Clarke who is at this time at the
Pike County Jail in Hawley PA.
Mr. Clarke is being held by INS at this
time awaiting deportation back to his
country of Barbados. I have known
Mr. Clarke for a number of years.
At this time I strongly feel Mr. Clarke
is a changed man, and that he has
learned from his past mistakes and
his present incarceration. If he
should be released Mr. Clarke is hoping
to start a new life for himself as
well as is daughter, as a productive
member of his community. Mr. Clarke
will also to able to again employment
upon his release at dollarrent-a-car
in Boston. Mr. Clarke assumes all
responsability for his past actions
Also please let it be known that all
of Mr. Clarkes family is here in the
U.S. as well as his daughter Shania
Clarke who was born here.

Shana is 7 years old and is in need of her father. Please also let it be known that Shana does not understand her fathers mistakes, and I strongly feel should not be punished for them. All I would like to see is Mr. Clarke given another chance at a new life with his daughter and family. I would deeply apricate is all the saying be taken into consideration. If you have any questions you're please feel free to contact me by mail or phone.

Thank you

Annie B. Figueroa

ANNIE FIGUEROA
131 PEDDERSON RIDGE ROAD
MILFORD PA 18337
(570) 409-1710

March 6, 2001

RE: Mr. Gregory Clarke

Ms. Sylvia Edwards
195 Salem Street #15
Medford, MA  02155

To Whom It May Concern:

I am writing on behalf of Mr. Gregory Clarke, who is currently detained at the Pike Count Jail, Hawley, Pennsylvania. I met Mr. Clarke through a mutual friend several years ago.  As a longtime friend of Mr. Clarke, I personally know him to be a man of good nature and virtue.  Prior to the circumstances that placed Mr. Clarke in his present situation, he was working a very dedicated job and, Mr. Clarke is fortunate to be able to return to his former place of employment upon his release.   In addition, Mr. Clarke also has a young daughter whom he cherishes very much.  I know Mr. Clarke's daughter is in need of his fatherly support.  As a friend in support of Mr. Clarke's best interest, I ask that the supplied information be considered when deciding Mr. Clarke's release from detention.  Thank you.

Sincerely,

*Sylvia D. Edwards*

Sylvia D. Edwards

March 1, 2001

Renee A. Walker
8 Lyford Street
Dorchester, MA 02124

Pike County Jail
HC 8 Box 8601
Hawley, PA 18428

To Whom It May Concern:

    I am writing this letter in regards to Gregory Clarke in hope that he will be coming home soon. Gregory has made some mistakes in his past that were very round, He has realize his roundful behavior and he has lean to correct it and has a positive attitude about his present and future. Gregory Clarke has a little 4-year-old son that he has not seen in about 1 year and a half due to his present situation. His son misses him dearly and talks about him on a daily basic. Gregory Clarke has been a big help to Isaiah and me; He plays a big role in our lives. Now the burden is all on me and it is very hard Financially so as well as Emotionally so. He also has a good paying job in Boston waiting for him if release. Can you please help me out in this crisis situation and if you need to contact me for anything call me at (617) 436-6355 thank you for your time in this matter.

Sincerely,

Renee A. Walker

CARSON CLARKE
616 LEXINGTON AVENUE
BROOKLYN, N.Y. 11221

TO WHOM IT MAY CONCERN
    I AM WRITING THIS LETTER ON BEHALF OF MY NEPHEW GREGORY CLARKE.
I HAVE KNOWN GREGORY ALL OF HIS LIFE. HE IS THE YOUNGEST OF THREE BOYS
BUT OLDER THAN TWO GIRLS OF MY SISTER OLIVIA CLARKE.  SINCE GREGORY HAVE
BEEN RESIDING IN THE U.S.A. HE HAD SOME PROBLEMS WITH THE LAW.  HE HAS SERVED
HIS TIME IN A CORRECTIONAL FACILITY.  I HAS SINCE SAT DOWN WITH GREGORY AND
HAD A VERY SERIOUS CONVERSATION WITH HIM ABOUT TURNING HIS LIFE AROUND
AND HOLDING A STEADY JOB.  I AM SURE HE HAS LISTEN TO WHAT I SAID.  HE IS A
DIFFERENT PERSON TODAY. GREGORY WAS WELL LIKE BY HIS LAST EMPLOYER BEFORE
HE WAS DETAINED. HE WAS A VERY DEPENDABLE WORKER. I CAN ASSURE THAT IF
GREGORY IS RELEASE ON HIS OWN RECOGNIZANCE OR IF HE IS RELEASE TO ANY OF HIS
IMMEDIATE FAMILY'S CUSTODY, EVERYTHING WILL BE DONE TO ENSURE THAT HE
KEEPS OUT OF TROUBLE AND MEET ANY REQUIREMENTS THAT AUTHORITIES SET FORTH.

I REMAINS
HIS SUPPORTIVE UNCLE
CARSON CLARKE

# Good News
# Jail & Prison Ministry

## Certificate of Achievement

This Certifies that

**Gregory P. Clarke**

has successfully completed the Good News Jail & Prison Ministry Bible Correspondence Course of 136 Lessons, covering the Gospel of John, Romans, 1 and 2 Corinthians, Ephesians, Philippians, Colossians, 1 and 2 Thessalonians, 1 and 2 Peter, and 1 John.

April 26, 2001
Date

H.L. Greene, President

Chaplain

GOOD NEWS JAIL & PRISON MINISTRY

2230 East Parham Road • Richmond, VA 23228-2226

# PIKE COUNTY REHABILITATION PROGRAM
## FAMILIES AND RELATIONSHIPS

1. Father-Mother Wound
2. Anger & Control Techniques
3. Drug & Alcohol Addictions
4. Destructive Patterns
5. Taking Ownership

6. Forgiveness
7. Goal Setting
8. Spiritual Values
9. Disciplining the Mind
10. New Directions

Gregory P. Clarke

Has successfully completed a 20 week program
Offered through the jail and prison ministries

_November 30, 2000_
Course Completion Date

_Walter Van Beers_
Walter Van Beers, M. ED., Professional Counselor

_Al Ostrander_
Al Ostrander, Chairman of Ministry Council

# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY P. CLARKE,          :
         Petitioner         :      No. 1:CV-01-0738
                        :
         v.                :      (Judge Caldwell)
                        :
IMMIGRATION & NATURALIZATION  :    (Mag. Judge Smyser)
SERVICE,                      :
         Respondent       :

## CERTIFICATE OF SERVICE

I undersigned hereby certificate that I served a copy of attached materials on the Petitioner's behalf by depositing them in postpaid envelope addressed stated below.

That on this 28th day of May, 2001, Mr. Clarke place a copy of the attached.

## PETITIONER'S BRIEF TO SUPPORT
## THE PETITION FOR A WRIT OF HABEAS CORPUS

CLERK'S  OFFICE
U.S.  DISTRICT  COURT
228  WALNUT  STREET
P.O.  BOX  983
HARRISBURY,  PA  18501

GREGORY  P.  CLARKE
Pose.  Petitioner