OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

U.S. OFFICIAL MAIL
U.S. POSTAGE
PENALTY FOR PRIVATE USE $300
$0.340
METER 650023

HARRISBURG PA 06-19-01

Return to Sender
correctional
Other

FILED
HARRISBURG
JUN 26 2001
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

RTS RETURN TO SENDER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
☒ OTHER

Gregory P. Clarke
CTY-PIKE
A 401-62-479
HC 8, Box 8601
Hawley, PA  18428-8610


Re: 1:01-cv-00738

------------------------------


------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.  Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>  228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Malachy E. Mannion<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>  P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY P. CLARKE,               :    CIVIL NO. 1:CV-01-0738
                                 :
         Petitioner              :    (Judge Caldwell)
    v.                           :
                                 :    (Magistrate Judge Smyser)
IMMIGRATION AND NATURALIZATION   :
SERVICE,                         :
                                 :
         Respondent              :

ORDER

FILED
HARRISBURG, PA

JUN 1 9 2001

MARY E. D'ANDREA, CLERK
PER_____ DEPUTY CLERK

The petitioner, an alien in the custody of the Immigration and Naturalization Service (INS), filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the United States District Court for the District of Massachusetts. On April 27, 2001, the case was transferred to this court. The petitioner claims that his detention is unconstitutional.

By an Order dated May 7, 2001, the respondent was ordered to show cause on or before May 28, 2001, why the petitioner should not be granted habeas corpus relief. The Order of May 7, 2001, also provided that the petitioner may file a reply to the response within 10 days of the filing of the response. In addition, the Order of May 7, 2001, provided

AO 72A
(Rev.8/82)

that all documents filed by the parties and by the court shall be served upon the United States Attorney.

On May 14, 2001, the petitioner filed a letter requesting that counsel be appointed to represent him in this case. On May 16, 2001, the petitioner filed a motion to stay the order of removal against him and a brief in support of his petition for habeas corpus relief. None of these three documents contained a certificate of service indicating that they were served on the United States Attorney.

On May 21, 2001, the respondent filed a brief opposing the petition for a writ of habeas corpus and documents in support of its opposition.

On May 31, 2001, the petitioner filed a document entitled "Petitioner's Brief to Support the Petition for a writ of Habeas Corpus" and documents in support of that brief. Again, these documents do not contain a certificate of service indicating that they were served on the United States Attorney.

We will strike from the record the documents that the petitioner filed that he has not served on the United States Attorney.

2

AND NOW, this 19th day of June, 2001, **IT IS HEREBY ORDERED** that documents numbered 3,4,5,9 & 10 are **STRICKEN FROM THE RECORD**.

　　　　　　　　　　　　　　　　　　　　　　　　J. Andrew Smyser
　　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge

Dated: June 19, 2001.

3