See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GREGORY P. CLARKE, :
    Petitioner
                                  :

vs. : CIVIL ACTION NO. 1:CV-01-0738

IMMIGRATION AND :
NATURALIZATION SERVICE,
    Respondent

## O R D E R

AND NOW, this 20th day of July, 2001, upon consideration of the report of the magistrate judge, dated June 19, 2001, to which no objections have been filed, and independent review of the record, it is ordered that:

    1. The petition for a writ of habeas corpus is dismissed as moot.

    2. The Clerk of Court shall close this file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA
JUL 2 0 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Certified from the record
Date 7/20/01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 20, 2001

Re:  1:01-cv-00738    Clarke v. Immigration & Natur

True and correct copies of the attached were mailed by the clerk
to the following:

    Gregory P. Clarke
    CTY-PIKE
    A 401-62-479
    HC 8, Box 8601
    Hawley, PA  18428-8610

    Kate L. Mershimer, Esq.
    U.S. Attorneys Office
    Room 217, Federal Bldg.
    228 Walnut St.
    Harrisburg, Pa  17108

    David Barasch
    United States Attorney's Office
    Room 217, Federal Building & Court House
    228 Walnut Street
    Harrisburg, PA  17108

cc:
Judge                              (✓)              (✓) Pro Se Law Clerk
Magistrate Judge                   (✓)              (✓) INS
U.S. Marshal                       ( )              ( ) Jury Clerk
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      (✓)
Federal Public Defender            ( )
Summons Issued                     ( )   with N/C attached to complt. and served by:
                                         U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( )   with Petition attached & mailed certified mail
                                         to:  US Atty Gen  ( )    PA Atty Gen  ( )

|  |  |
|---|---|
| Bankruptcy Court ( ) | DA of County ( )   Respondents ( ) |
| Other_____ ( ) | |
| | MARY E. D'ANDREA, Clerk |

DATE: 7/20/01

BY: _____
Deputy Clerk