1:CV-01-738.  (16)

7/31/01

**U.S. OFFICIAL MAIL**
U.S. POSTAGE $0.340
PENALTY FOR PRIVATE USE $300

HARRISBURG PA 07-20-01

☒ OTHER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
· UNABLE TO FORWARD

**RTS — RETURN TO SENDER**

Return to Sender
☑ No Longer Here
☐ This facility does not accept mail from an inmate in another correctional facility.
☐ Other _____

**FILED HARRISBURG**
JUL 30 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108
OFFICIAL BUSINESS